UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-23306-LEIBOWITZ/AUGUSTIN-BIRCH

**CHRISTELLE MAZILE**,

*Plaintiff*,

v.

**LARKIN UNIVERSITY CORP. AND EXAMSOFT WORLDWIDE, INC.**,

*Defendants.*
_____/

**ORDER**

On July 22, 2024, this Court granted Defendants' Motion to Compel Arbitration Or, In the Alternative, Motion to Dismiss Amended Complaint (the "Order") [ECF No. 53]. In doing so, this Court compelled three claims to arbitration and dismissed the remaining four claims. Therefore, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** pursuant to the Order. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on July 22, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record